# Third District Court of Appeal

## State of Florida

Opinion filed April 20, 2016.

_____

No. 3D15-2076
Lower Tribunal No. 11-19505
_____

**Christiana Trust, etc.,**
Appellant,

vs.

**Kenia Maresma, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Jerald Bagley, Judge, and Gerald Hubbart, Senior Judge.

Greenberg Traurig and Kimberly S. Mello and Jonathan S. Tannen (Tampa), for appellant.

Reyes Law Group and Adrian Reyes, for appellees.

Before ROTHENBERG, SALTER and SCALES, JJ.

PER CURIAM.

On Confession of Error

Christiana Trust, in its capacity as trustee ("Christiana Trust"), appeals an order granting summary judgment to the borrowers, Kenia and Rafael Maresma, in a residential mortgage foreclosure case. The trial court involuntarily dismissed the foreclosure suit as to all defendants based on Christiana Trust's failure to satisfy a condition precedent.

Based upon the record before us and the Maresmas' commendable confession of error, we reverse the final order of dismissal and remand the case to the trial court for further proceedings. See Vasilevskiy v. Wachovia Bank, Nat. Ass'n, 171 So. 3d 192 (Fla. 5th DCA 2015).